partner had said something to me like, "Look out," or --

MR. WARREN: Objection as to what his partner said to him.

MR. LLORET: Very well.

THE WITNESS: As a result of what my partner said -- I'm sorry, Your Honor, I apologize. As a result of what my partner had done I stood up and saw a male who was later identified as Terry Walker walking towards me, but not telling me he was walking towards me.

BY MR. LLORET:

Q Okay, what happened? Mr. Walker was coming from where?

A He exited the front of 2636 Daphne Road.

Q And was he coming down the alleyway that we see to the side of this picture, 64A?

A No, sir, he was hugging the wall alongside of 2636 Daphne Road.

Q All right, and what happened next?

A My partner secured him as I kept an eye on both him and the boots inside of the garage, and he was quietly placed into our vehicle with handcuffs on.

Q Okay, now he was put into your police car, is that right?

A Correct, sir.

Q All right, the garage space that we're looking at right now, one door is closed and one door is open, is that right?

A Correct.

Q Is this -- are these two doors -- well, let me ask it this way. Is this two garages separated by some type of wall, or is this one garage that we're looking at?
A It's one very large garage with two doors to enter.
Q When you looked into the open part of the garage could you see over to the other side where -- behind where the closed garage door is in this picture?
A No.
Q Okay, but there's no wall obstructing the view, is that right?
A No, sir.
Q Okay, could you see the Mercedes from that open door?
A Yes, sir.
Q Okay, I want to show the witness what's been marked 64B. And Detective, is this a picture of the garage space as you saw it that evening?
A Yes, sir.
Q And this is the interior of that garage?
A Correct.
Q Okay.

MR. LLORET: Your Honor, I move the admission of 64B.

MR. WARREN: No objection, Judge.

THE COURT: It may be admitted.

(Government Exhibit 64B admitted into evidence)

BY MR. LLORET:

Q Detective, is this looking in, so to speak, from the open garage door that we found, or that we saw in 64A?
A Yes, it is.
Q All right, and let's look at 64D to the witness only. Now Detective, can you tell us what view are we looking at, or what view are you looking at right here?
A Pretty much looking at the view that I had of that vehicle when we were securing the front and back.
Q Okay, are those boots depicted at all in this picture?
A No, sir.
Q Okay, can you give us some idea where the boots were?
A If you were to get low on the ground and look underneath this Mercedes you'd see boots near the front driver's tire.
Q I see.
A Against the wall, between the car and the wall -- or between -- yeah, the car and the wall.
Q Okay, does this picture accurately depict what you saw that evening?
A Yes, sir.
MR. LLORET: All right, move the admission of 64D.
MR. WARREN: No objection, Judge.
THE COURT: It may be admitted.
(Government Exhibit 64D admitted into evidence)
BY MR. LLORET:
Q And this, sir, the jury is looking at 64D, is this the

side view of the Mercedes that you identified earlier?
A That's correct, sir.
Q All right, to the right and to the lower right of that picture there are some items on the floor. Can you tell us what they are?
A They're the floor mats.
Q All right, the floor mats that you described before?
A Correct, sir.
Q Can we look -- have the witness look at 64E, please? Sir, what are you looking at 64E?
A Looking at Mercedes floor mats, the lines that I described earlier, obvious brush marks across them. You see the one that has the black rectangle on it, right below that rectangle there's a reddish color in the rug.
Q All right, and was -- does this picture accurately depict what you were looking at that evening?
A Yes, sir.
MR. LLORET: I move the admission of 64E.
MR. WARREN: No objection, Judge.
THE COURT: It may be admitted.
(Government Exhibit 64E admitted into evidence)
BY MR. LLORET:
Q Now we're looking at -- not only are we looking at the floor mats, is that correct, Off -- Detective?
A That's correct, cleaning supplies to the upper right, and

a napkin or some kind of towel on there.

Q Let's look at 64-F, please, to the witness only. What are you looking at here, Detective?

A Brush, car wash, 409 car wash, some rags, spray detailer.

Q All right, and does -- is this a closeup of the cleaning supplies we saw in 64E just a moment ago?

A Yes, sir.

Q And this accurately depicts the way you found things that evening?

A Yes, sir.

MR. LLORET: Your Honor, I move the admission of 64F.

MR. WARREN: No objection, Judge.

THE COURT: It may be admitted.

(Government Exhibit 64F admitted into evidence)

BY MR. LLORET:

Q You mentioned those boots. Let me show you 64I. Well, before we go on let me just ask, the brush that you mentioned -- let's go back to 64F. Sorry about that.

A I have it up.

Q Okay, the jury has it up, too. 64F, we're looking at -- you mentioned a brush. Does that appear in this picture?

A Yes, sir. There's a blue bristled brush with a black handle laying on top of the cleaning supplies.

Q And this picture is a closeup. You can also see an object in the front center foreground of this picture. What is that?

A The corner of the mat?
Q Yes, sir.
A Yes, sir.
Q Okay, now let's look at 64I for the witness only. What are you looking at there on 64I, sir?
A They're the boots along the wall. If you look at the boot that is laying on its side, it's obscured by the front tire of the car, so you can't see that it's an empty boot.
Q All right, does this picture accurately depict what you saw during your investigation that evening?
A Yes, it does.

MR. LLORET: All right, Your Honor, I move the admission of 64I.

MR. WARREN: No objection, Judge.

THE COURT: It may be admitted.

(Government Exhibit 64I admitted into evidence)

BY MR. LLORET:
Q Relating 64I for the jurors, can we put up 64I and 64D together? Now Detective, if you can, 64I, is that the left side or driver's side of the Mercedes?
A Yes, it is.
Q And 64D, is that the passenger side of the Mercedes?
A Yes, it is.
Q All right, so the boots are on the driver's side of the Mercedes, is that correct?

A Correct.
Q Against the wall there?
A Correct.
Q Thank you, and if we can have the witness look at 64G. Detective, what are you looking at in 64G?
A Close up of the boots.
Q All right, and does that accurately depict what you saw that evening during your investigation?
A Yes, sir.

MR. LLORET: Your Honor, I move the admission of 64G.

MR. WARREN: No objection, Judge.

THE COURT: It may be admitted.

(Government Exhibit 64G admitted into evidence)

BY MR. LLORET:

Q Detective, are these the boots that you saw when you glanced under the car?
A Yes, sir.
Q Okay, that's the Mercedes that we're talking about, correct?
A Yes, sir.
Q That's what caused you to be concerned and to yell into the garage?
A Yes, sir.
Q All right, if we can look at 64J, witness only. Detective, what are you looking at in 64J?

A That's a look from the front of the garage out, the vehicle that you see outside of the left garage is the Infinite. The one in the foreground is the Mercedes.
Q All right, move -- does this accurately depict what you saw that evening?
A Excepting for the right hand door being open, yes.
Q That door was opened at some point by you or one of your colleagues?
A Someone else, yes.
Q All right.

MR. LLORET: Your Honor, I move the admission of 64J.

MR. WARREN: No objection, Judge.

THE COURT: It may be admitted.

(Government Exhibit 64J admitted into evidence)

BY MR. LLORET:
Q Now sir, let's go back if you would and let's look at, I think it's 64A. Move back a --

THE COURT: Counsel, before we do that, it's quarter after three. It's a good time to take a break.

MR. LLORET: Certainly, Your Honor.

THE COURT: Ladies and gentlemen, go out, relax for 10 minutes. We'll bring you back in 10 minutes.

(Recess)

THE COURT: Okay, have a seat, ladies and gentlemen.

MR. LLORET: Thank you, Your Honor. Now if we could

show Det. Marano No. 64A, and the jury. It's been previously admitted. Thank you.

BY MR. LLORET:

Q Detective, we're looking at 64A. That's the back of the property at 2636 Daphne Road?

A That's correct, sir.

Q All right, you were positioned there to the right somewhere along that wall, or opposite that wall? I'm not -- I wasn't certain.

A Between the drain pipe and the framing of the garage door would be where I was.

Q Okay, now I want to go back in time to the point where this guy comes out of the front door. And who did you identify him as?

A Terry Walker.

Q All right, what happened then? Terry Walker came -- was he along this wall that we see to the right of the building in 64A?

A Correct.

Q All right, and you're back by the drain pipe right where the Infinite is parked?

A Correct.

Q Okay, what happened? Can you describe what you saw?

A He gets pat down and secured by my partner while I keep an eye inside the garage. At that point we're pretty much

committed to going into the garage. Rushed real quick into the other side of the car and saw that there was no person there.
Q Is that -- you rushed around to where the boots were?
A Correct.
Q Okay, and you saw that the boots were just laying there on the floor?
A Correct.
Q All right, and what happened then?
A We still wanted to secure the property.
Q When you say secure the property, I mean, what do you mean in layman's terms?
A Make sure no one comes out or goes in.
Q All right, and what are you concerned about? Why are you going to do -- why are you doing that?
A At that point we're looking for Randall Austin.
Q All right.
A Still looking for Randall Austin.
Q All right, now, you're going to secure the property, is that right?
A Correct.
Q Okay, what happens? Do you come back out of the garage at that point when you see that the boots are empty?
A Come back out of the garage, and the initial plan was to just hold it front and back, call for additional units, hold it front and back, and notify homicide so they can do what they

have to do in the way of a search warrant.

Q Okay.

A However, Terry Walker began to manipulate the car alarm on the Q-45, yelling and screaming from the car.

Q All right, he's making noise from the car?

A Yes.

Q Yelling and screaming? And what happened as a result of him manipulating the car thing?

A The alarm goes off, the lights flash, the horn blows.

Q What's your immediate concern at that point?

A That now whoever sent him outside, or whatever happened, why he came outside, the persons inside that location would now know that we were out there.

Q What did you do then?

A Another unit came, a 1900 wagon came. We placed Mr. Walker into the wagon, and obtained a set of keys from him.

Q All right, what did you do?

A Myself and my partner went in to secure the, what would be the second level of this apartment building, which is to say the garage would be the first level, the second level but the first apartment, it appeared, and you can see in the photo there are lights on, there's a reflection in the window to the left. It appeared that the place was occupied. We wanted to secure that location of other persons and then notify homicide what we had.

Q Okay.
A We had talked to homicide a few times.
Q There's three levels to this building, is that right?
A That's correct.
Q There's the garage level, which is in -- we're looking at that now, 64A?
A Yes, sir.
Q There's what we'll call the first floor, which is the windows immediately above the garage, is that right?
A Correct.
Q And then there's a second floor, which is two sets of -- or two windows above the first set of windows, is that right?
A That's correct.
Q Now if we could look at 64, the front of the building. Relate for us, the entranceway, which is on the left hand side of this picture, is that going into the garage or is that going into the first floor or the second floor?
A That goes into a small vestibule with a few steps directly to your front. Where you enter at that locat -- at that time, when you step up a few steps is a -- if my memory serves me correctly, there's a short hallway with a door to the right, and there's another stairway that winds around to the left. When you go into that doorway to the right you're going into the first floor living area.
Q All right, the first floor living area, switching back to

64A, the picture of the back of the house, is, for want of a better term, behind the two bottom windows that we see in 64A, is that right?

A Correct.

Q Okay, I want to show you what's been marked Government's 401 and ask if you can identify?

A It's a set of keys seized from Terry Walker.

Q Were they seized that night?

A Taken from him at the time that he was secured by my partner.

Q What are these -- did you test these keys on either the car, one of the cars, or the house, or do you recall?

A These keys unlock the front door and the first floor apartment of 2636 Daphne Road.

Q These are not the same keys with the panic button on them, is that right?

A No, sir.

Q Okay.

MR. LLORET: Your Honor, I move the admission of Government's 401.

MR. WARREN: No objection, sir.

THE COURT: It may be admitted.

(Government Exhibit 401 admitted into evidence)

BY MR. LLORET:

Q By the way, let me show the witness -- if you could just

hold the keys up so the jury can see them briefly. Okay, just a normal set of keys. I'll show the witness number 425. I ask you, sir, do you recognize any of the individuals in that picture?

A The male with the hood up is Dante Tucker.

Q All right, have you encountered Dante Tucker in the past?

A Yes, I have.

Q Had you encountered him as of the evening in question, or was it sometime subsequent to that evening that you encountered him?

A Prior to this evening.

Q All right.

MR. LLORET: Your Honor, move the admission of 425.

MR. WARREN: No objection.

THE COURT: It may be admitted.

(Government Exhibit 425 admitted into evidence)

MR. LLORET: And we can show that to the jury now.

BY MR. LLORET:

Q Detective, do you know the woman in the picture?

A No, sir.

Q All right, if we can show 425 and 424 together. Who is in -- the male in 424, sir?

A Randall Austin.

Q And the male in 425 you identified as who?

A Dante Tucker.

Q All right, now let's go back to -- if we can show the witness number -- well, let's ask a few questions first. The keys that you had that have been marked 401, did you use them that evening?

A Yes.

Q What did you do with them?

A Opened the general door to 2636 and then proceeded into there, first floor, and opened that door.

Q And did you find anybody in the apartment?

A No, sir.

Q All right, did you make a quick search of the apartment to see if anybody was there?

A No, it was actually a very slow search, because there were a lot of doors down a long hallway, and we didn't know what was in there.

Q Were you going slow?

A Very slow.

Q Okay, but in the end you found no one there?

A No persons.

Q No one else there. Okay, while you were in the location did you see various things?

A Yes, sir.

Q Okay, I want to show the witness only number 64Q. Well, you know what, let's -- yeah, let's show this. Detective, is that familiar to you, what's depicted in 64Q?

A Yes.
Q What is that?
A Blood drops in the vestibule.
MR. WARREN: Objection.
THE COURT: Sustained.
BY MR. LLORET:
Q Let's just describe them physically first. Did you see these particular items that are within the chalk line that evening?
A Yes, I did.
Q Was the chalk line there when you first saw them?
A No, sir.
Q Were you able to discern the color of these items when you saw them, these blotches on the floor?
A Yes, sir.
Q Could you discern what color they were?
A Yes.
Q Could you tell us what color they were?
A Reddish, dark red.
Q All right.
A Droplets, as if dropped straight down.
Q All right, and where are these droplets located?
A At the corner of the door that enters the first floor apartment.
Q All right, and does this picture accurately depict what

you saw that evening at the corner of the door of the apartment on the evening you investigated?

A Yes.

Q Okay.

MR. LLORET: Your Honor, I move the admission of 64Q.

MR. WARREN: No objections.

THE COURT: It may be admitted.

(Government Exhibit 64Q admitted into evidence)

BY MR. LLORET:

Q Now obviously the chalk line wasn't there, is that right?

A Correct.

Q Was the chalk line placed there later?

A Yes.

Q Okay, the doorway -- we're looking at the bottom of the doorway, is that doorway to the first floor or the second floor apartment, or someplace else?

A First floor apartment.

Q Okay, let's look at 64R. And Detective, what's in 64R?

A At the bottom of the photograph there's a welcome mat. To the left of that is the same picture you just witnessed, that's the door with the chalk encircled droplets. Looking down those few steps and out of that door at the top of the picture is the front entryway to the building itself, 2636.

Q Very well, and the door at the bottom of the steps is open?