IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :     CRIMINAL NO. 05-cr-00440 |
| ALTON COLES | : |

<u>WITHDRAWAL OF APPEARANCE</u>

Kindly withdraw my appearance on behalf of the United States of America.

JACQUELINE C. ROMERO
UNITED STATES ATTORNEY

<u>*/s/Andrea Foulkes*</u>
Andrea Foulkes
Assistant United States Attorney